UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA CHARCHIAN, an individual, <br><br>　　　　　　　　　　Plaintiff, <br><br>　　　　-against- <br><br> AVENUE MONTAIGNE, INC., a Delaware Corporation; AUTEUR, INC., a Swiss Corporation; and DOES 1-10, <br><br>　　　　　　　　　　Defendants. | 23-CV-6945 (JGLC) <br><br> **<u>DEFAULT HEARING ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

　　On November 11, 2023, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 18.

　　It is hereby ORDERED that Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

　　It is further ORDERED that Defendants shall file any opposition to the motion for default judgment by **December 5, 2023**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

　　It is further ORDERED that Defendants shall appear and show cause before this Court on **December 20, 2023 at 11:00 a.m.**, why an order should not be issued granting a default judgment against Defendants. The hearing shall be conducted by Microsoft Teams. In the event that any Defendants appear or opposes the motion for default judgment prior to that date, the

parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference with respect to any such appearing Defendant.

Dated: November 20, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge