UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA CHARCHIAN, an individual,<br><br>                              Plaintiff,<br><br>-against-<br><br>AVENUE MONTAIGNE, INC., a Delaware Corporation; AUTEUR, INC., a Swiss Corporation; and DOES 1-10,<br><br>                              Defendants. | 23-CV-6945 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court understands Plaintiff to only be seeking statutory damages in Plaintiff's motion for default judgment. *See* ECF No. 19. It is unclear the total amount of statutory damages Plaintiff is seeking, and the apportionment thereof for the Copyright and Digital Millennium Copyright Act violations respectively. Plaintiff shall provide a letter to the Court with this information by **December 19, 2023**.

Dated: December 19, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge