UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA CHARCHIAN, an individual,<br><br>      Plaintiff,<br><br>    -against-<br><br>AVENUE MONTAIGNE, INC., a Delaware Corporation; AUTEUR, INC., a Swiss Corporation; and DOES 1-10,<br><br>      Defendants. | 23-CV-6945 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  As discussed at today's hearing, Plaintiff shall file on ECF, no later than **January 14, 2024**, a statement of the precise number of violations of 17 U.S.C. § 1202(b) that Plaintiff alleges, and the damages Plaintiff seeks based on these violations, as well as the legal basis for the foregoing.

Dated: December 21, 2023
    New York, New York

                   SO ORDERED.

                   *Jessica Clarke*

                   JESSICA G. L. CLARKE
                   United States District Judge