UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA CHARCHIAN, an individual,<br><br>                                    Plaintiff,<br><br>                  -against-<br><br>AVENUE MONTAIGNE, INC., a Delaware Corporation; AUTEUR, INC., a Swiss Corporation; and DOES 1-10,<br><br>                                    Defendants. | 23-CV-6945 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      Counsel for all parties shall appear for a conference with the Court on **February 14, 2024 at 10:00 a.m.** via Microsoft Teams regarding Plaintiff's revised application for damages. *See* ECF No. 27. For the reasons stated on the record on December 20, 2023, the Court has already granted default judgment. The Court intends to issue a damages award at the conference.

Dated: January 30, 2024
       New York, New York

                                                 SO ORDERED.

                                                 JESSICA G. L. CLARKE
                                               United States District Judge