UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA CHARCHIAN, an individual,<br><br>                     Plaintiff,<br><br>-against-<br><br>AVENUE MONTAIGNE, INC., a Delaware Corporation; AUTEUR, INC., a Swiss Corporation; and DOES 1-10,<br><br>                     Defendants. | 23-CV-6945 (JGLC)<br><br>**AWARD OF DAMAGES** |

JESSICA G. L. CLARKE, United States District Judge:

       For the reasons stated on the record on December 20, 2023, the Court granted default judgment for violations of the Copyright Act and Digital Millennium Copyright Act ("DMCA"). For the reasons stated on the record on February 14, 2024, judgment is entered against Defendant Avenue Montaigne, Inc. in the amount of $57,000, and Plaintiff is awarded $7,500.00 in attorneys' fees and $566.00 in costs. Post-judgment interest shall accrue at the federal statutory rate from the entry of judgment until the judgment is paid in full. 28 U.S.C. § 1961.

       The Clerk of Court is directed to CLOSE the case.

Dated: February 14, 2024
       New York, New York

                                                                       SO ORDERED.

                                                                         *Jessica Clarke*

                                                                         JESSICA G. L. CLARKE
                                                                         United States District Judge