UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMANDA CHARCHIAN, an individual,

                      Plaintiff,

                                                        23 **CIVIL** 6945 (JGLC)

           -against-                                **DEFAULT JUDGMENT**

AVENUE MONTAIGNE, INC., a Delaware
Corporation; AUTEUR, INC., a Swiss
Corporation; and DOES 1-10,

                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Award of Damages dated February 14, 2024, judgment is entered against Defendant Avenue Montaigne, Inc. in the amount of $57,000, and Plaintiff is awarded $7,500.00 in attorneys' fees and $566.00 in costs. Post-judgment interest shall accrue at the federal statutory rate from the entry of judgment until the judgment is paid in full. 28 U.S.C. § 1961. Accordingly, the case is closed.

**DATED**: New York, New York
             February 15, 2024

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                          **BY**: _____
                                                      **Deputy Clerk**